UNION HUDSON SECURITIES COMPANY, ET AL., PLAIN-
TIFFS-PETITIONERS, v. FEDERAL DEPOSIT INSUR-
ANCE CORPORATION, ET AL., DEFENDANTS-RESPOND-
ENTS.

See same case below: 4 *N. J. Super.* 495.

*Mr. Aaron A. Melniker* for the petitioner.

*Messrs. O'Mara, Conway & Schumann* and *Mr. Edward J. O'Mara,* for the respondent Federal Deposit Insurance Company.

*Mr. William H. Speer* for the respondent The Trust Company of New Jersey.

November 14, 1949. Denied.

PAUL S. GALLENA, PLAINTIFF-RESPONDENT, v. I. GRANT
SCOTT, CLERK IN CHANCERY, DEFENDANT-PETI-
TIONER.

See same case below: 4 *N. J. Super.* 85.

*Mr. Theodore D. Parsons,* Attorney-General, and *Mr. Henry F. Schenk* for the petitioner.

*Mr. George Pellettieri* for the respondent.

November 21, 1949. Denied.